## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS LIPNICK**, Plaintiff, v. **UNITED AIR LINES, INC.**, *et al.*, Defendants. | Civil Action No. 12-cv-1277 (RLW) |

### MEMORANDUM OPINION AND ORDER

Plaintiff Lewis Lipnick ("Lipnick"), a bassoon and contrabassoon player in the National Symphony Orchestra, brings this lawsuit against Defendants United Air Lines, Inc. ("United") and Deutsche Lufthansa AG ("Lufthansa") for injuries he alleges he sustained while transporting his newly-purchased contraforte (a type of contrabassoon) down an escalator at the Munich Airport in September 2010.

This matter is before the Court on United's Motion to Dismiss (Dkt. No. 6), through which United seeks to dismiss Lipnick's second claim for relief for negligence under Federal Rule of Civil Procedure 12(b)(6). Lufthansa has joined in United's Motion. (Dkt. No. 8). On October 16, 2012, Lipnick filed his response to United's Motion, indicating that he consents to the dismissal of his negligence claim and does not oppose United's Motion. Thus, it is hereby,

**ORDERED** that United's motion is hereby **GRANTED** and Lipnick's second claim for relief is hereby **DISMISSED** with prejudice; and it is,

**FURTHER ORDERED** that the hearing on United's Motion set for December 10, 2012, at 11:30 A.M. in Courtroom 27A, shall be converted to a Scheduling Conference. By no later

1

than December 3, 2012, the parties shall file their Report of Parties' Planning Meeting, pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

SO ORDERED.

Date:  November 1, 2012

                                                   _____
ROBERT L. WILKINS
United States District Judge